IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Z and Jane X, | NO. C 09-00913 JW |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |
| v. | |
| Nga Nguyen, Vien Thao Media, Inc., et al. | |
| Defendants. | |

Presently before the Court is Plaintiffs' Motion to Dismiss without prejudice. (See Docket Item No. 11.) The Court finds good cause to GRANT Plaintiffs' Motion since it appears that Plaintiffs have failed to serve Defendants within the 120 days permitted by Fed. R. Civ. P. 4(m). Accordingly, the Court DISMISSES this action pursuant to Fed. R. Civ. P. 41(a).

The Clerk shall close this file.

Dated: October 1, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Paul Bick Nguyen
556 N. First Street, Ste. 100
San Jose, CA 95112

| | |
|---|---|
| **Dated: October 1, 2009** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |

**United States District Court**
For the Northern District of California